**DISMISS and Opinion Filed August 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00449-CV

**LEFORCE ENTERTAINMENT, LLC, Appellant**
**V.**
**ADAM MORGAN, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06091**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal due to a change

in circumstances. We grant the motion and dismiss the appeal. *See* TEX. R. CIV. P.

42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

LEFORCE ENTERTAINMENT,
LLC, Appellant

No. 05-21-00449-CV          V.

ADAM MORGAN, Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-06091.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ADAM MORGAN recover his costs of this appeal from appellant LEFORCE ENTERTAINMENT, LLC.

Judgment entered August 20, 2021